# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**FILED**
U.S. District Court
District of Kansas

NOV 16 2012

Clerk, U.S. District Court
By _____ Deputy Clerk

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.          CASE NO. 12-m-6223-01-KMH

**CODY J. SCHOEN,**

    **Defendant.**

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

**18 U.S.C. § 922(g)(1)**
**(Felon in Possession of a Firearm)**

That on or about November 7, 2012, in the District of Kansas, the defendant,

**CODY J. SCHOEN,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, the defendant did knowingly possess in and affecting interstate commerce, a firearm, that is, a Cobray 9mm Mac-11, semi-auto firearm, s/n 890053732, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1), with reference to Title 18, United States Code, Section 924(a)(2).

## Forfeiture Allegations

As a result of committing the offenses alleged in count one of this Complaint, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section §2461(c), all firearms and ammunition involved in the commission of the offense, including the Cobray 9mm, Mac-11, semi-auto firearm, s/n 890053732, with accessories and ammunition, in violation of Title 18, United States Code, Sections 922 (g) and 924 (d), and Title 28, United States Code, Section 2461.

I further state that I am a Detective of the Wichita Police Department (WPD), and that this Complaint is based on the following facts:

SEE ACCOMPANYING AFFIDAVIT, WHICH IS INCORPORATED BY REFERENCE AS THOUGH SET OUT IN FULL HEREIN.

Patrick M. Phipps
Detective
Wichita Police Department

*The Court's signature appears on the attached page.

Sworn to before me and subscribed in my presence this ___16th___ day of November, 2012, at Wichita, Kansas.

_____  
United States Magistrate Judge

*Karen M. Humphreys*  
Signature of Judicial Officer

# AFFIDAVIT

CODY J. SCHOEN
W/M;DOB:XX/XX/1982
SSN:XXX-XX-2212
LEO CASE 12C077086
KDAR: 3087G1295628

Affiant, P.M. Phipps #1726, being of lawful age and first duly sworn on oath, state:

Your Affiant is a Detective with the Wichita Police Department. In that capacity your Affiant assisted in the investigation of WPD case number 12c077086 all of which occurred at Pawnee and Meridian, Wichita, Sedgwick County, Kansas.

On November 7, 2012 Officer C. Masterson #2280 was doing surveillance on a narcotic complaint at 2521 W. Hadden. Officer Masterson observed a 2005 gray Chevrolet Impala four door tag number 589EDE leave the residence and go east on Hadden to Meridian. Officer Masterson followed the vehicle to Pawnee and Meridian and the vehicle came to a stop at the red light. The vehicle remained stopped at the light for approximately five to seven seconds when the turn signal came on and the vehicle turned east onto Pawnee. Officer Masterson also observed the tag light on the vehicle was not mounted properly and giving a direct light appearance. Officer Masterson then conducted a traffic stop on the vehicle at 2245 hours at Pawnee and Vine Streets in Wichita, Kansas.

Officer Masterson contacted the driver, Cody J. Schoen, whom Officer Masterson immediately recognized from recent arrests involving Mr. Schoen. Officer Masterson opened the front driver's side door and told Mr. Schoen that he was under arrest for driving on a revoked license. The officer then ordered Mr. Schoen to step out of the vehicle.

Mr. Schoen put the vehicle into drive and took off at such a high rate of speed that the momentum caused the driver's side door to swing closed, coming within inches of striking Officer Masterson. Officer Masterson returned to his marked patrol car, activated his emergency equipment, and began a vehicle pursuit.

Throughout the pursuit Mr. Schoen ran eleven (11) stop signs, and failed to signal ten (10) turns he made during the pursuit. Mr. Schoen drove the vehicle through residential streets at speeds of sixty miles an hour, and through major city streets at speeds over seventy miles an hour. The vehicle pulled into a mobile home park at 3850 S. Meridian where it came to a stop at a dead end. Mr. Schoen tried to back up to get away but was boxed in by parked cars and Officer Masterson's patrol vehicle.

Mr. Schoen refused to get out of the vehicle and the car doors were locked so Officer Masterson broke out the front driver's side window with his baton. Officer Masterson continued

to give verbal commands to Mr. Schoen who was not cooperating, and making furtive movements. Mr. Schoen was struck several times with the baton and tased. Mr. Schoen then crawled out of the vehicle through the window and was taken into custody and searched. Officer Masterson located, in Mr. Schoen's right front pants pocket, two thousand five hundred seventy three dollars in U.S. currency ($2,573.00). A search of the vehicle was completed. During this search, Officer Masterson located a laundry basket in the trunk of the vehicle that contained clothing that Officer Masterson recognized that Mr. Schoen had worn on a previous incident. Officer Masterson also found a black case in the laundry basket and inside this case was a black Cobray 9mm Mac-11 semi-auto firearm, serial number 890053732. Also in this case was an attachment for the firearm made to look like a suppressor, latex gloves, and a set of night vision goggles. Officer Masterson found a marijuana pipe and a marijuana bong in the trunk as well. Cody was found to be driving on a revoked Kansas drivers license number K00-92-8556.

Your Affiant has learned that the Cobray firearm seized herein was reported stolen under Sedgwick County Sheriff's case number 12S010868 from Country Pawn and Supply at 3842 S. West Street, Sedgwick County, Kansas.

Officer Masterson contacted Mr. Shcoen who agreed to give a post Miranda statement. Mr. Schoen stated that he had just left a friend's house by the name of Sandy. After he was pulled over by the police, he (Mr. Schoen) recognized Officer Masterson from his previous "driving while revoked" arrest. Mr. Schoen stated that he was told by his attorney that if he gets arrested one more time for driving while revoked, he will have to spend one year in jail. Mr. Schoen stated that he did not want to get arrested again so he drove off in the vehicle. Mr. Schoen stated that he had been helping a friend move out of a home in Plainview that had been raided by the police, and he was holding items for this friend in the trunk of the vehicle because the friend was in jail. Mr. Schoen refused to give the friend's name but stated that he was holding the black case in the laundry basket. Mr. Schoen stated that the cloths in the basket were his but that he did not know what was in the black case. Mr. Schoen stated that the money found in his pocket was winnings he got from a casino.

Your Affiant checked Cody J. Schoen's criminal history and learned that on December 17, 2010 Cody was convicted of aggravated burglary, criminal threat, and domestic battery through the Thirteenth Judicial District Court, Sumner County Kansas under court case number 09CR245. The aggravated burglary conviction is a felony offense which is punishable by more than one year in prison. In addition, the Cobray 9mm Mac-11 firearm seized herein was transported or shipped in interstate commerce.

FURTHER AFFIANT SAITH NOT.

Patrick M. Phipps
Detective
Wichita Police Department

SUBSCRIBED AND SWORN to before me on this 16th day of November, 2012.

*Karen M. Humphreys*
Karen M. Humphreys
United States Magistrate Judge
District of Kansas