FILED
U.S. District Court
District of Kansas

NOV 19 2012

(Revised 01/98)  CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

DATE __11-19-12__ - WICHITA

CASE NO. __12-m-6223-01-KMH__ UNITED STATES vs. __Cody J. Schoen__   Clerk, U.S. District Court __30__
By __(sig)__ Deputy Clerk

APPEARANCES:
Government:
( ) Anderson        ( ) Jacobs     ( ) Treaster
(✓) Barnett         ( ) Lind       ( ) Watson
( ) Furst           ( ) Metzger    ( ) Welch
( ) Hart            ( ) Smith      ( ) _____

Defendant:  (✓) In Person   (✓) By Counsel: __Jim Henry__
            ( ) Failed to Appear        ( ) Retained   (✓) Appointed

JUDGE:              CLERK:              U.S. PROBATION:
(✓) Humphreys       ( ) Stimits         ( ) Madden
( ) Gale            ( ) Carter          ( ) Chirinos
                    ✓ Merseal           ( )

Proceedings:
( ) Preliminary Hearing   ( ) Held         ( ) Waived
(✓) Rule 5 / Complaint    ( ) Detention    ( ) Arraignment    ( ) Sentence
( ) Bond Hearing (5 min)  ( ) Bond Revoc.  ( ) Probation/Supervised Release Violation

ARRAIGNMENT AND PLEA / RULE 5 / OMNIBUS    Arrest Date __writ__

(✓) Charges explained to the Defendant
(✓) Defendant sworn & examined re: financial status  (✓) Counsel appointed FPD
(✓) Defendant's constitutional rights explained   (✓) Felony   ( ) Misdemeanor
( ) Defendant declined to waive indictment        ( ) Will be presented to next Grand Jury
( ) Signed Waiver of Indictment                   ( ) Information filed
( ) Advised of Rights under                       ( ) Rule 20     ( ) Rule 40
( ) Signed Consent to Transfer (Rule 20)          ( ) Signed Consent to Proceed Before Magistrate
( ) Petition to enter plea filed                  ( ) Plea Agreement attached
( ) Interpreter   ( ) Appointed                   ( ) Sworn     Name:_____

( ) ARRAIGNMENT AND PLEA:
    ( ) Waived Reading    ( ) Indictment     ( ) Guilty      (✓) No. of Counts: __1 + Forfeiture__
    ( ) Read to Defendant ( ) Information    ( ) Not Guilty

( ) Judgment Deferred       ( ) Pre-Sentence Investigation   ( ) Continued to:_____
( ) Bond  ( ) Fixed at: $_____                              ( ) Continued on present bond.
( ) Transfer under Rule 40 to the _____ District of _____
( ) Release Order     ( ) Executed     ( ) Continued in effect   (✓) Remanded to Custody
( ) Detention Ordered                  ( ) Temporary Detention Order

(✓) Defendant waived the right to a detention hearing. The Court accepted the waiver and sustained the Government motion for detention.

( ) Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.

( ) Set for Trial:_____ at _____ a.m./p.m. before Judge _____
Motions to be filed _____ Response(s) to Motions to be filed _____ Motions to be heard on _____ at _____ a.m./p.m. before Judge _____
Defendant's next appearance __11/30/12__ at __1:30__ a.m./p.m. before Judge __Humphreys__ for:
( ) Detention hearing   ( ) Arraignment   (✓) __preliminary hearing__
Miscellaneous: __1:36-1:38; 1:48-1:51__